**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHARLES J. DITKOFF,

                Plaintiff,

  -against-                                    24 **CIVIL** 1955 (MKV)

                                                                    **<u>JUDGMENT</u>**

DR. ANDREW B. WOLFF and MICHAEL E.
WOLFF,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 26, 2025, the Court has GRANTED Defendants' motions to dismiss for lack of personal jurisdiction. This case is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      March 27, 2025

                                                              **TAMMI M HELLWIG**
                                                                _____
                                                                  **Clerk of Court**

                                    **BY:**                  *K. Mango*
                                                                  _____
                                                                  **Deputy Clerk**